AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\***        DISTRICT OF    NEVADA

RICHARD WILLIAM MARTIN,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

      CASE NUMBER:  **3:16-cv-00262-RCJ-WGC**

MR. HANNAH, et al.,

    Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee in compliance with the Court's May 24, 2016 order.

July 20, 2016   **LANCE S. WILSON**
    Clerk

    /s/ K. Rusin
    Deputy Clerk